Argued September 20, affirmed September 20, 1972

STATE OF OREGON, *Respondent, v.* PATRICIA
LOUISE PITTSER (Nos. 71-1423 C and 71-1424 C,
consol.), *Appellant.*

500 P2d 1062

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.